IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| IN RE: DIGOXIN CASES<br>IN RE: LIDOCAINE-PRILOCAINE CASES | |
| THIS DOCUMENT RELATES TO: | Civil Action Nos. |
| *ALL DIGOXIN ACTIONS*<br>*ALL LIDOCAINE-PRILOCAINE ACTIONS* | 16-DG-27240<br>16-LD-27240 |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al.* | 18-cv-00284 |
| *Ahold USA, Inc., et al. v. Actavis Holdco U.S., Inc., et al.* | 18-cv-02641 |

**DEFENDANT IMPAX LABORATORIES, INC.'S
SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Impax Laboratories, Inc. respectfully updates the corporate disclosure statement it filed in this action on May 6, 2016, as follows:

> Impax Laboratories, LLC (formerly known as Impax Laboratories, Inc.) is now a wholly-owned subsidiary of Amneal Pharmaceuticals, LLC.  Amneal Pharmaceuticals, Inc., a publicly traded company, owns a greater-than-10% interest in Amneal Pharmaceuticals, LLC.  To the knowledge of Impax Laboratories, LLC, no publicly held corporation owns 10% or more of Amneal Pharmaceuticals, Inc.'s stock other than Fosun International Limited, which is traded on the Hong Kong Stock Exchange and holds shares in Amneal Pharmaceuticals, Inc. through one or more affiliates.

Dated: October 1, 2018 	Respectfully submitted,

/s/ *Raymond A. Jacobsen, Jr.*
Raymond A. Jacobsen, Jr.
Paul M. Thompson (Pa. No. 82017)
Lisa A. Peterson
MCDERMOTT WILL & EMERY LLP
500 N. Capitol St. NW
Washington, D.C. 20001
Tel. 202-756-8000
rayjacobsen@mwe.com
pthompson@mwe.com
lpeterson@mwe.com

David L. Hanselman, Jr.
MCDERMOTT WILL & EMERY LLP
444 W. Lake St.
Suite 4000
Chicago, IL 60606
Tel. 312-984-3610
dhahnselman@mwe.com

Nicole L. Castle
MCDERMOTT WILL & EMERY LLP
340 Madison Ave.
New York, NY 10173
Tel. 212-547-5400
ncastle@mwe.com

*Counsel for Defendant Impax Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2018, a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the Court's ECF System. Notice of this filing will be sent to all counsel of record by operation of the ECF System.

/s/ *Raymond A. Jacobsen, Jr.*
Raymond A. Jacobsen, Jr.