# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-md-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | Civil Action Nos. |
| *Ahold USA, Inc., et al. v. Actavis Holdco U.S., Inc. et al.* | 18-2641<br>18-2401 |
| *1199SEIU Nat'l Benefit Fund, et al. v. Actavis Holdco US, Inc.* | 18-3299<br>18-2533<br>18-284 |
| *Humana Inc. v. Actavis Elizabeth, LLC et al.* | 18-4137<br>17-3768 |
| *West Val Pharm., et al. v. Actavis Holdco U.S., Inc.* | |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc.* | **ORAL ARGUMENT REQUESTED** |
| *Marion Diagnostic Center, LLC, et al. v. McKesson Corp., et al.* | |
| *The State Attorneys General Litigation* | |

**DEFENDANTS' JOINT MOTION TO DISMISS
PLAINTIFFS' OVERARCHING CONSPIRACY CLAIMS**

Pursuant to Fed. R. Civ. P. 12(b)(6), the Defendants identified herein hereby move to dismiss the following with prejudice:

1. With respect to the Direct Purchaser Plaintiffs' First Amended Complaint [No. 18-2641, Dkt. 11], Defendants[1] hereby move to dismiss the Complaint;

2. With respect to the End Payor Plaintiffs' Complaint [No. 18-2401, Dkt. 2], Defendants[2] hereby move to dismiss Counts One through Four "brought against all Defendants for their participation in an overarching conspiracy to fix, raise and/or stabilize the prices of the Drugs at Issue";

3. With respect to Plaintiff Humana, Inc.'s Amended Complaint [No. 18-3299, Dkt. 30], Defendants[3] hereby move to dismiss Counts CVI-CX;

---

[1] Defendants in the Direct Purchaser Plaintiffs action are: Actavis Holdco U.S., Inc.; Apotex Corp.; Aurobindo Pharma USA, Inc.; Citron Pharma LLC; Dr. Reddy's Laboratories, Inc.; Fougera Pharmaceuticals Inc.; G&W Laboratories, Inc.; Glenmark Pharmaceuticals, Inc., USA; Heritage Pharmaceuticals, Inc.; Impax Laboratories, Inc.; Lannett Company, Inc.; Mylan Inc.; Mylan Pharmaceuticals, Inc.; Oceanside Pharmaceuticals, Inc.; Rajiv Malik; Par Pharmaceutical Company, Inc.

[2] Defendants in the End Payor Plaintiffs action are: Actavis Holdco U.S., Inc.; Actavis Elizabeth LLC; Actavis Pharma, Inc., Apotex Corp.; Aurobindo Pharma USA, Inc.; Barr Pharmaceuticals, LLC; Citron Pharma LLC; Dava Pharmaceuticals, LLC; Dr. Reddy's Laboratories, Inc.; Fougera Pharmaceuticals Inc.; Generics Bidco I, LLC; Glenmark Pharmaceuticals, Inc., USA; Heritage Pharmaceuticals, Inc.; Lannett Company, Inc.; Mayne Pharma Inc.; Mutual Pharmaceutical Co., Inc.; Mylan Inc.; Mylan Pharmaceuticals, Inc.; Par Pharmaceutical, Inc.; Perrigo New York, Inc.; Pliva, Inc.; Rajiv Malik; Sandoz, Inc.; Sun Pharmaceutical Ind., Inc.; Taro Pharmaceuticals U.S.A., Inc.; Teva Pharmaceuticals USA, Inc.; West-Ward Pharmaceuticals Corp.; and Zydus Pharmaceuticals (USA), Inc.

[3] Defendants in the Humana action are: Actavis Elizabeth, LLC; Actavis Holdco US, Inc.; Actavis Pharma, Inc.; Akorn, Inc.; Apotex Corp., Breckenridge Pharmaceutical, Inc.; Dr. Reddy's Laboratories Inc., Endo International PLC; Epic Pharma, LLC; Fougera Pharmaceuticals Inc.; Glenmark Pharmaceuticals Inc., USA; Heritage Pharmaceuticals Inc.; Hi-Tech Pharmacal Co., Inc.; Impax Pharmaceuticals, LLC F/K/A Impax Pharmaceuticals, Inc.; Lannett Company, Inc.; Lupin Pharmaceuticals, Inc.; Mayne Pharma, Inc.; Morton Grove Pharmaceuticals, Inc.; Mylan Pharmaceuticals, Inc.; Mylan Inc.; Mylan N.V., Par Pharmaceutical Companies, Inc.; Perrigo Company PLC; Perrigo New York, Inc.; Sandoz, Inc.; Sun Pharmaceutical Industries, Inc.; Taro Pharmaceutical Industries Ltd.; Taro Pharmaceuticals USA, Inc.; Teligent, Inc.; Teva Pharmaceuticals USA, Inc.; UDL Laboratories, Inc.; Upsher-Smith Laboratories, LLC; West-Ward Pharmaceuticals Corp.; Wockhardt USA LLC; and Zydus Pharmaceuticals (USA) Inc.

4. With respect to the Indirect Reseller Plaintiffs' Amended Overarching Complaint [No. 18-2533, Dkt. 4], Defendants[4] hereby move to dismiss Counts One through Four "brought against all Defendants for their participation in an overarching conspiracy to fix, raise and/or stabilize the prices of the Drugs at Issue";

5. With respect to Plaintiffs The Kroger Co., Albertsons Companies LLC, and H.E. Butt Grocery Company L.P.'s ("Kroger Plaintiffs") Complaint [No. 18-284, Dkt. 37], Defendants[5] hereby move to dismiss Count One;

6. With respect to Plaintiffs Marion Diagnostic Center, LLC and Marion Healthcare, LLC's ("Marion Plaintiffs") First Amended Complaint [No. 18-4137, Dkt. 22], Defendants[6] hereby move Counts I-XXVIII;

---

[4] Defendants in the Indirect Reseller Plaintiffs action are identical to those in the End Payor Plaintiffs' action.

[5] Defendants in the Kroger Plaintiffs' action are: Actavis Holdco U.S., Inc.; Actavis Pharma, Inc.; Akorn, Inc.; Apotex Corp.; Aurobindo Pharma USA, Inc.; Breckenridge Pharmaceutical, Inc.; Citron Pharma LLC; Dr. Reddy's Laboratories, Inc.; Epic Pharma, LLC; Fougera Pharmaceuticals, Inc.; G&W Laboratories, Inc.; Glenmark Pharmaceuticals Inc., USA; Heritage Pharmaceuticals, Inc.; Hi-Tech Pharmacal Co., Inc.; Impax Laboratories, Inc.; Lannett Company, Inc.; Lupin Pharmaceuticals, Inc.; Mayne Pharma USA Inc.; Morton Grove Pharmaceuticals, Inc.; Mylan Inc.; Mylan Pharmaceuticals, Inc.; Mylan N.V.; Oceanside Pharmaceuticals, Inc.; Par Pharmaceutical, Inc.; Perrigo New York, Inc.; Pliva, Inc.; Sandoz, Inc.; Sun Pharmaceutical Industries, Inc.; Taro Pharmaceuticals USA, Inc.; Teligent, Inc.; Teva Pharmaceuticals USA, Inc.; UDL Laboratories, Inc.; Upsher-Smith Laboratories, LLC; West-Ward Pharmaceuticals Corp.; Wockhardt USA LLC; Valeant Pharmaceuticals North America LLC; Valeant Pharmaceuticals International; and Zydus Pharmaceuticals (USA) Inc.

[6] Defendants in the Marion Plaintiffs action are: Ascend Laboratories, LLC; Apotex Corp.; Aurobindo Pharma USA, Inc.; Citron Pharma, LLC; Dr. Reddy's Laboratories, Inc.; Glenmark Pharmaceuticals, Inc., USA; Heritage Pharmaceuticals, Inc.; Lannett Company, Inc.; Mayne Pharma Inc.; Mylan Inc; Mylan Pharmaceuticals, Inc.; Par Pharmaceutical Companies, Inc.; Sandoz, Inc.; Sun Pharmaceutical Industries, Inc.; Teva Pharmaceuticals USA, Inc.; and Zydus Pharmaceuticals (USA) Inc.

7. With respect to the Plaintiff States' Consolidated Amended Complaint [No. 17-3768, Dkt. 15], Defendants[7] hereby move to strike the joint and several liability allegations in Counts One through Eighteen.

In support of this Motion, Defendants rely upon Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Overarching Conspiracy Claims, which is being filed contemporaneously with this Motion. Certain Defendants are also contemporaneously filing Individual Motions and supplemental memoranda of law in further support of this Motion and their related Individual Motions as provided for in PTO 71 ¶ 5 (Dkt. No. 846).

For all the reasons set forth therein, Plaintiffs' conspiracy claims should be dismissed with prejudice.

Respectfully submitted,

---

[7] Defendants in the State Attorneys General action are: Actavis Holdco, U.S., Inc.; Actavis Pharma, Inc.; Ascend Laboratories, LLC; Apotex Corp.; Aurobindo Pharma USA, Inc.; Citron Pharma, LLC; Dr. Reddy's Laboratories, Inc.; Glenmark Pharmaceuticals, Inc., USA; Heritage Pharmaceuticals, Inc.; Lannett Company, Inc.; Rajiv Malik; Mayne Pharma Inc.; Mylan Pharmaceuticals, Inc.; Par Pharmaceutical Companies, Inc.; Sandoz, Inc.; Sun Pharmaceutical Industries, Inc.; Teva Pharmaceuticals USA, Inc.; and Zydus Pharmaceuticals (USA), Inc.

| | |
|---|---|
| /s/ Sheron Korpus | /s/ Anthony C. Porcelli |
| Sheron Korpus | Anthony C. Porcelli |
| Seth A. Moskowitz | POLSINELLI PC |
| KASOWITZ BENSON TORRES LLP | 150 N. Riverside Plaza, Suite 3000 |
| 1633 Broadway | Chicago, IL  60606 |
| New York, New York 10019 | Tel : (312) 819-1900 |
| Tel: (212) 506-1700 | Fax : (312) 819-1910 |
| Fax: (212) 506-1800 | aporcelli@polsinelli.com |
| skorpus@kasowitz.com | |
| smoskowitz@kasowitz.com | Amy D. Fitts |
| | POLSINELLI PC |
| *Counsel for Actavis Pharma, Inc.,* | 900 W. 48th Place, Suite 900 |
| *   Actavis Holdco U.S., Inc.* | Kansas City, MO 64112 |
| | Tel: (816) 753-1000 |
| | Fax: (816) 222-0425 |
| | afitts@polsinelli.com |
| | |
| | *Counsel for Defendants Akorn, Inc. and* |
| | *   Hi-Tech Pharmacal Co. Inc.* |

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
John F. Nagle
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
jnagle@foley.com

James T. McKeown
Elizabeth A. N. Haas
Kate E. Gehl
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Tel: (414) 271-2400
Fax: (414) 297-4900
jmckeown@foley.com
ehaas@foley.com
kgehl@foley.com

Terry M. Henry
Melanie S. Carter
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5644
Fax: (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com

*Counsel for Defendant Apotex Corp.*

*/s/ W. Gordon Dobie*
W. Gordon Dobie
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
wdobie@winston.com

*/s/ Irving Wiesen*
Irving Wiesen
LAW OFFICES OF IRVING L. WIESEN, P.C.
420 Lexington Avenue - Suite 2400
New York, NY 10170
Tel: (212) 381-8774
Fax: (646) 536-3185
iwiesen@wiesenlaw.com

*Counsel for Defendant Ascend Laboratories, LLC*

/s/  Wayne A. Mack
Wayne A. Mack
Sean P. McConnell
Sarah O'Laughlin Kulik
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1152
wamack@duanemorris.com
spmcconnell@duanemorris.com
sckulik@duanemorris.com

*Counsel for Defendant*
  *Aurobindo Pharma USA, Inc.*

/s/ Stacey Anne Mahoney
Stacey Anne Mahoney
Charles Reitmeyer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6930
Fax: (212) 309-6001
stacey.mahoney@morganlewis.com
charles.reitmeyer@morganlewis.com

*Counsel for Defendant Breckenridge*
  *Pharmaceutical, Inc.*

/s/ Steven E. Bizar
Steven E. Bizar
John P. McClam
Tiffany E. Engsell
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
steven.bizar@dechert.com
john.mcclaim@dechert.com
tiffany.engsell@dechert.com

*Counsel for Defendant Citron Pharma LLC*

/s/ Roger Kaplan
Roger Kaplan
Aaron Van Nostrand
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel:  (973) 360-7900
Fax: (973) 295-1257
kaplanr@gtlaw.com
vannostranda@gtlaw.com

*Counsel for Defendant*
  *Dr. Reddy's Laboratories, Inc.*

/s/ Jeffrey D. Smith
Jeffrey D. Smith
Thomas A. Abbate
DeCOTIIS, FITZPATRICK, COLE & GIBLIN, LLP
Glenpointe Centre West
500 Frank W. Burr Blvd.
Teaneck, NJ 07666
Tel: (201) 907-5228
Fax: (201) 928-0588
jsmith@decotiislaw.com
tabbate@decotiislaw.com

*Counsel for Defendant Epic Pharma, LLC*

/s/ Marguerite M. Sullivan
Marguerite M. Sullivan
Anna M. Rathbun
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
anna.rathbun@lw.com

*Counsel for Defendant G&W Laboratories.*

7

| | |
|---|---|
| /s/  Steven A. Reed | /s/ D. Jarrett Arp |
| Steven A. Reed | D. Jarrett Arp |
| MORGAN, LEWIS & BOCKIUS LLP | Daniel W. Nelson |
| 1701 Market Street | Melanie L. Katsur |
| Philadelphia, PA  19103 | Christopher B. Leach |
| Tel: (215) 963-5603 | GIBSON, DUNN & CRUTCHER LLP |
| Fax: (215) 963-5001 | 1050 Connecticut Ave., NW |
| steven.reed@morganlewis.com | Washington, D.C. 20036-5306 |
| | Tel: (202) 955-8678 |
| *Counsel for Defendant* | Fax: (202) 530-9527 |
| *Glenmark Pharmaceuticals Inc., USA* | jarp@gibsondunn.com |
| | dnelson@gibsondunn.com |
| | mkatsur@gibsondunn.com |
| | cleach@gibsondunn.com |
| | |
| | Eric J. Stock |
| | Indraneel Sur |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Tel:  (212) 351-2474 |
| | Fax: (212) 716-0875 |
| | estock@gibsondunn.com |
| | isur@gibsondunn.com |
| | |
| | *Counsel for Defendant Heritage Pharmaceuticals Inc.* |

/s/ *Raymond A. Jacobsen, Jr.*
Raymond A. Jacobsen, Jr.
Paul M. Thompson (Pa. Bar No. 82017)
Lisa A. Peterson
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, D.C. 20001
Tel. (202) 756-8000
rayjacobsen@mwe.com
pthompson@mwe.com
lpeterson@mwe.com

David L. Hanselman Jr.
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL 60605
Tel. (312) 984-3610
dhanselman@mwe.com

Nicole L. Castle
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Tel. (212) 547-5400
ncastle@mwe.com

*Counsel for Defendant*
  *Impax Laboratories, Inc.*

/s/ *Leiv Blad*
Leiv H. Blad
Zarema A. Jaramillo
Katie R. Glynn
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 753-3800
Fax: (202) 753-3838
lblad@lowenstein.com
zjaramillo@lowenstein.com
kglynn@lowenstein.com

*Counsel for Defendant*
  *Lupin Pharmaceuticals, Inc.*

/s/ *Gerald E. Arth*
Gerald E. Arth
Ryan T. Becker
Evan R. Luce
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com
rbecker@foxrothschild.com
eluce@foxrothschild.com

George G. Gordon
Stephen D. Brown
Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2000
Fax: (215) 994-2222
george.gordon@dechert.com
stephen.brown@dechert.com
julia.chapman@dechert.com

*Counsel for Defendant*
*Lannett Company, Inc.*

/s/ *Robert J. Cleary*
Robert J. Cleary
Dietrich L. Snell
David A. Munkittrick
Edward Canter
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
rjcleary@proskauer.com
dsnell@proskauer.com
dmunkittrick@proskauer.com
ecanter@proskauer.com

*Counsel for Defendant Rajiv Malik*

| | |
|---|---|
| */s/ Michael Martinez* | */s/ Chul Pak* |
| Michael Martinez | Chul Pak |
| Steven Kowal | Jeffrey C. Bank |
| Lauren Norris Donahue | WILSON SONSINI GOODRICH & ROSATI, PC |
| Brian J. Smith | 1301 Avenue of the Americas |
| K&L GATES LLP | 40th Floor |
| 70 W. Madison St., Suite 3100 | New York, New York  10019 |
| Chicago, IL 60602 | Tel: (212) 497-7726 |
| Tel: (312) 372-1121 | Fax: (212) 999-5899 |
| Fax: (312) 827-8000 | cpak@wsgr.com |
| michael.martinez@klgates.com | jbank@wsgr.com |
| steven.kowal@klgates.com | |
| lauren.donahue@klgates.com | Seth C. Silber |
| brian.j.smith@klgates.com | WILSON SONSINI GOODRICH & ROSATI, PC |
| | 1700 K Street, NW |
| *Counsel for Defendant Mayne Pharma Inc.* | Fifth Floor |
| | Washington, DC  20006 |
| | Tel: (202) 973-8824 |
| | Fax: (202) 973-8899 |
| | ssilber@wsgr.com |
| | |
| | Adam K. Levin |
| | Benjamin F. Holt |
| | Justin W. Bernick |
| | HOGAN LOVELLS US LLP |
| | 555 Thirteenth Street, NW |
| | Washington, D.C. 20004 |
| | Tel: (202) 637-5600 |
| | Fax: (202) 637-5910 |
| | adam.levin@hoganlovells.com |
| | benjamin.holt@hoganlovells.com |
| | justin.bernick@hoganlovells.com |
| | |
| | *Counsel for Defendants Mylan Inc,.* |
| | *Mylan Pharmaceuticals, Inc., UDL* |
| | *Laboratories, Inc., and Mylan N.V* |


*/s/ John E. Schmidtlein*  
John E. Schmidtlein (admitted *pro hac vice*)  
Sarah F. Teich (admitted *pro hac vice*)  
WILLIAMS & CONNOLLY LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005  
Tel: (202) 434-5000  
Fax: (202) 434-5029  
jschmidtlein@wc.com  
steich@wc.com  

*Counsel for Defendant*  
  *Par Pharmaceutical, Inc.*

/s/ *Scott A. Stempel*  
Scott A. Stempel  
J. Clayton Everett, Jr.  
Tracey F. Milich (Pa. ID No. 316753)  
MORGAN, LEWIS & BOCKIUS LLP  
1111 Pennsylvania Avenue, NW  
Washington, D.C. 20004  
Tel.: (202) 739-3000  
Fax: (202) 739-3001  
scott.stempel@morganlewis.com  
clay.everett@morganlewis.com  
tracey.milich@morganlewis.com  

Harvey Bartle IV. (Pa. ID No. 91566)  
Francis A. DeSimone, (Pa. ID No. 320837)  
MORGAN, LEWIS & BOCKIUS LLP  
1701 Market Street  
Philadelphia, PA 19103  
Tel: (215) 963-5000  
Fax: (215) 963-5001  
harvey.bartle@morganlewis.com  
frank.desimone@morganlewis.com  

*Counsel for Defendant Perrigo New York, Inc.*

| | |
|---|---|
| */s/ Saul P. Morgenstern* | /s/  *J. Douglas Baldridge* |
| Saul P. Morgenstern | J. Douglas Baldridge |
| Margaret A. Rogers | Lisa Jose Fales |
| Alice C.C. Huling | Danielle R. Foley |
| ARNOLD & PORTER KAYE SCHOLER LLP | VENABLE LLP |
| 250 West 55th Street | 600 Massachusetts Avenue, NW |
| New York, New York 10019 | Washington, D.C. 20001 |
| Tel: (212) 836-8000 | Tel: (202) 344-4000 |
| Fax: (212) 836-8689 | jbaldridge@venable.com |
| saul.morgenstern@apks.com | ljfales@venable.com |
| margaret.rogers@apks.com | drfoley@venable.com |
| alice.huling@apks.com | |
| | Thomas J. Welling, Jr. |
| Laura S. Shores | Benjamin P. Argyle |
| ARNOLD & PORTER KAYE SCHOLER LLP | VENABLE LLP |
| 601 Massachusetts Avenue, NW | 1270 Avenue of the Americas |
| Washington, DC 20001 | 24th Floor |
| Tel: (202) 942-5000 | New York, New York 10020 |
| Fax: (202) 942-5999 | Tel: (212) 307-5500 |
| laura.shores@apks.com | tjwelling@venable.com |
| | bpargyle@venable.com |
| Abby L. Sacunas (200081) | |
| Peter M. Ryan (81816) | *Counsel for Defendants* |
| COZEN O'CONNOR |     *Sun Pharmaceutical Industries, Inc., Taro* |
| 1650 Market Street |     *Pharmaceuticals U.S.A., Inc., Taro* |
| Philadelphia, PA  19103 |     *Pharmaceutical Industries Ltd., and Mutual* |
| Tel: (215) 665-4785 |     *Pharmaceutical Company, Inc.* |
| Fax: (215) 701 2472 | |
| asacunas@cozen.com | |
| pryan@cozen.com | |
| | |
| *Counsel for Defendants Sandoz Inc. and* | |
|     *Fougera Pharmaceuticals Inc.* | |

| | |
|---|---|
| /s/  *Heather K. McDevitt*  | *s/ J. Gordon Cooney, Jr.*  |
| Heather K. McDevitt | J. Gordon Cooney, Jr. |
| Bryan D. Gant | John J. Pease, III |
| WHITE & CASE LLP | Alison Tanchyk |
| 1221 Avenue of the Americas | William T. McEnroe |
| New York, New York 10020 | MORGAN, LEWIS & BOCKIUS LLP |
| Tel: (212) 819-8200 | 1701 Market Street |
| Fax: (212) 354-8113 | Philadelphia, PA 19103 |
| hmcdevitt@whitecase.com | Tel: (215) 963-5000 |
| bgant@whitecase.com | Fax: (215) 963-5001 |
| | jgcooney@morganlewis.com |
| *Counsel for Defendant Teligent, Inc.* | john.pease@morganlewis.com |
| | alison.tanchyk@morganlewis.com |
| | william.mcenroe@morganlewis.com |
| | |
| | Amanda B. Robinson |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 1111 Pennsylvania Avenue, NW |
| | Washington, D.C. 20004 |
| | Tel: (202) 739-3000 |
| | Fax: (202) 739-3001 |
| | amanda.robinson@morganlewis.com |
| | |
| | *s/ Jan P. Levine*  |
| | Jan P. Levine |
| | Robin P. Sumner |
| | Michael J. Hartman |
| | PEPPER HAMILTON LLP |
| | 3000 Two Logan Square |
| | Eighteenth & Arch Streets |
| | Philadelphia, PA 19103-2799 |
| | Tel:  (215) 981-4000 |
| | Fax:  (215) 981-4750 |
| | levinej@pepperlaw.com |
| | sumnerr@pepperlaw.com |
| | hartmanm@pepperlaw.com |
| | |
| | *Counsel for Defendant*  *Teva Pharmaceuticals USA, Inc* |

| | |
|---|---|
| */s/ Devora W. Allon* | s/ *Robin D. Adelstein* |
| Jay P. Lefkowitz, P.C. | Robin D. Adelstein |
| Devora W. Allon | Mark A. Robertson |
| Alexia R. Brancato | Gerald A. Stein |
| Erin H. Ogburn | Matthew C. Lamb |
| KIRKLAND & ELLIS LLP | NORTON ROSE FULBRIGHT US LLP |
| 601 Lexington Avenue | 1301 Avenue of the Americas |
| New York, NY 10022-4611 | New York, NY 10019-6022 |
| Tel:  (212) 446-4800 | Tel:  (212) 318-3000 |
| Fax:  (212) 446-6460 | Fax:  (212) 318-3400 |
| jay.lefkowitz@kirkland.com | robin.adelstein@nortonrosefulbright.com |
| devora.allon@kirkland.com | mark.robertson@nortonrosefulbright.com |
| alexia.brancato@kirkland.com | gerald.stein@nortonrosefulbright.com |
| erin.ogburn@kirkland.com | matthew.lamb@nortonrosefulbright.com |
| *Counsel for Defendant Upsher-Smith Laboratories, LLC* | *Counsel for Defendants Valeant PharmaceuticalsNorth America LLC, Valeant Pharmaceuticals International, and Oceanside Pharmaceuticals, Inc.* |

*/s/ Jan P. Levine*
Jan P. Levine
Robin P. Sumner
Michael J. Hartman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel:  (215) 981-4000
Fax:  (215) 981-4750
levinej@pepperlaw.com
sumnerr@pepperlaw.com
hartmanm@pepperlaw.com

Keith J. Harrison
Shari Ross Lahlou
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax. (202) 624-5116
kharrison@crowell.com
slahlou@crowell.com

*Counsel for Defendant West-Ward*
  *Pharmaceuticals Corp.*

*/s/ Jason R. Parish*
Jason R. Parish
Bradley J. Kitlowski
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW
Washington, D.C. 20006
Tel:  (202) 452-7900
Fax:  (202) 452-7989

*Counsel for Defendant Zydus Pharmaceuticals*
*(USA), Inc.*

*/s/ William A. Escobar*
William A. Escobar
Damon W. Suden
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897
wescobar@kelleydrye.com
dsuden@kelleydrye.com

*Counsel for Defendants Wockhardt USA LLC*
   *and Morton Grove Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on this 1st day of March 2019, a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the Court's ECF System. Notice of this filing will be sent to all counsel of record by operation of the ECF System.

/s/ *Julia Chapman*
Julia Chapman

Dated:   March 1, 2019