IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS<br>PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| _____ | HON. CYNTHIA M. RUFE |

| | |
|---|---|
| **THIS DOCUMENT RELATES TO:** | **Civil Action Nos.** |
| *The State Attorneys General Litigation* | 17-3768 |
| *The Kroger Co. v. Actavis Holdco U.S., Inc.* | 18-284 |
| *1199SEIU Nat'l Benefit Fund v. Actavis Holdco US, Inc.* | 18-2401 |
| *West Val Pharmacy v. Actavis Holdco U.S., Inc.* | 18-2533 |
| *Ahold USA, Inc. v. Actavis Holdco U.S., Inc.* | 18-2641 |
| *Humana Inc. v. Actavis Elizabeth, LLC* | 18-3299 |
| *Marion Diagnostic Center, LLC v. McKesson Corp.* | 18-4137 |

_____

**ORDER**

AND NOW, this 15th day of August 2019, upon consideration of Defendants' joint motion to dismiss plaintiffs' overarching conspiracy claims [Doc. Nos. 70 and 93 in Civil Action No. 17-3768 (Plaintiff States' Action); Doc. Nos. 83 and 112 in Civil Action No. 18-284 (Kroger Plaintiffs' Action); Doc. Nos. 116 and 146 in Civil Action No. 18-2401 (EPPs' Action);  Doc. Nos. 37 and 59 in 18-2533 (IRPs' action); Doc. Nos. 39 and 64 in Civil Action No. 18-2641 (DPPs' Action; Doc. Nos. 73 and 104 in Civil Action No. 18-3299 (Humana Action); and Doc. Nos. 45 and 62 in Civil Action No. 18-4137 (Marion Plaintiffs' Action)] and all responses and

replies thereto, and for the reasons set forth in the accompanying Opinion, it is hereby

**ORDERED** that the Motion is **DENIED**.

                                                    **BY THE COURT:**

                                                    /s/ Cynthia M. Rufe

                                                    _____

                                                    **CYNTHIA M. RUFE, J.**