# APPENDIX A

| This Document Relates to: | Civil Action No. |
|---|---|
| *Ahold USA, Inc., et al. v. Actavis Holdco U.S., Inc., et al.* | 18-cv-02641 |
| *César Castillo, Inc., et al. v. Actavis Holdco U.S., Inc., et al.* | 20-cv-00721 |
| *All Albuterol Direct Purchaser Actions* | 16-AL-27241 |
| *All Amitriptyline Direct Purchaser Actions* | 16-AM-27241 |
| *All Baclofen Direct Purchaser Actions* | 16-BC-27241 |
| *All Benazepril HCTZ Direct Purchaser Actions* | 16-BZ-27241 |
| *All Clobetasol Direct Purchaser Actions* | 16-CB-27241 |
| *All Clomipramine Direct Purchaser Actions* | 16-CM-27241 |
| *All Desonide Direct Purchaser Actions* | 16-DS-27241 |
| *All Digoxin Direct Purchaser Actions* | 16-DG-27241 |
| *All Divalproex ER Direct Purchaser Actions* | 16-DV-27241 |
| *All Doxycycline Direct Purchaser Actions* | 16-DX-27241 |
| *All Econazole Direct Purchaser Actions* | 16-EC-27241 |
| *All Fluocinonide Direct Purchaser Actions* | 16-FL-27241 |

2

| | |
|---|---|
| *All Glyburide Direct Purchaser Actions* | 16-GL-27241 |
| *All Levothyroxine Direct Purchaser Actions* | 16-LV-27241 |
| *All Lidocaine-Prilocaine Direct Purchaser Actions* | 16-LD-27241 |
| *All Pravastatin Direct Purchaser Actions* | 16-PV-27241 |
| *All Propranolol Direct Purchaser Actions* | 16-PP-27241 |
| *All Ursodiol Direct Purchaser Actions* | 16-UR-27241 |